IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| STEVEN C. FUSTOLO and STEVEN C. FUSTOLO, Trustee of the Salem Street Estate Planning Trust,, | § § § § | |
| Plaintiffs, | § § | Civil Action No.: |
| v. | § § § | |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and U.S. BANK TRUST NATIONAL ASSOCIATION, Not In Its Individual Capacity But Solely As Owner Trustee for VRMTG Asset Trust, | § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' REMOVAL NOTICE

Newrez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust (**Trustee**) remove the action plaintiffs Steven C. Fustolo and Steven C. Fustolo, Trustee of the Salem Street Estate Planning Trust filed in state court pursuant to 28 USC §§ 1331, 1332, and 1441 for the reasons set forth below.

### BACKGROUND

1.    Plaintiffs sued Shellpoint and Trustee on April 22, 2025, in the Suffolk County Superior Court case number 2584CV01070 styled *Steven C. Fustolo and Steven C. Fustolo, Trustee of the Salem Street Estate Planning Trust v. Newrez LLC d/b/a Shellpoint Mortgage Servicing, et al.* (Ex. 1, compl., at 1.) Plaintiffs claim the defendants intend to violate their duty of good faith by scheduling a foreclosure when: (**1**) a lis pendens Mr. Fustolo recorded (associated with a different lawsuit) clouds title to the property; (**2**) they estimate a lower property fair market value than he does; and (**3**) they have not obtained an optional servicemembers judgment since

April 25, 2023. (Ex. 1, compl., ¶¶ 1-32.) Plaintiffs assert claims for declaratory judgment, violation of a duty of good faith and reasonable diligence, wrongful foreclosure, and G.L.c. 93A violations and seeks a declaratory judgment, costs, interest, and attorney's fees. (*Id.* ¶¶ 33-58 & request for relief.)

## DIVERSITY JURISDICTION

2.      The court has diversity jurisdiction under 28 U.S.C. § 1332 because (1) plaintiffs Steven C. Fustolo and Steven C. Fustolo, Trustee of the Salem Street Estate Planning Trust, are Massachusetts citizens while Shellpoint is a Delaware and New York citizen and Trustee is a Delaware citizen and (2) the amount in controversy exceeds $75,000.

**A.      The real parties in interest are citizens of different states.**

3.      Plaintiff Steven C. Fustolo is a Massachusetts citizen because he domiciles there and evidenced no intent to leave. *Rodriguez-Diaz v. Sierra-Martinez*, 853 F.2d 1027, 1029 (1st Cir. 1988). Mr. Fustolo pled his Massachusetts residence. (Ex. 1, compl. ¶ 2.) He resided there since at least January 17, 2014, when he filed bankruptcy schedules listing his primary residence in Winchester, MA.[1] Mr. Fustolo since evidenced no intent to leave. *Rodriguez-Diaz*, 853 F.2d at 1029.

4.      Steven C. Fustolo, Trustee of the Salem Street Estate Planning Trust, is a Massachusetts citizen because Mr. Fustolo domiciles there and evidenced no intent to leave. *Citibank, N.A. v. Najda*, No. 14-13593-GAO, 2023 WL 2248885, at *1 (D. Mass. Feb. 27, 2023) ("[W]hen a trustee files a lawsuit or is sued in her own name, her citizenship is all that matters for diversity purposes.") (citing *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S. 378, 383 (2016).

---

[1] Shellpoint requests the court take judicial notice of Mr. Fustolo's bankruptcy schedules, filed as document no. 101 in *In re: Steven C. Fustolo*, No. 13-12692-JNF (D. Mass. Bankr. Jan. 17, 2014).

5.      Shellpoint is a citizen of Delaware and New York for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c). Newrez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp., a Delaware corporation with a principal office in New York.

6.      Trustee's citizenship controls as a trustee sued in its own name. *Americold Realty Tr. v. Conagra Foods*, 577 U.S. 378, 383 (2016). Trustee possesses customary powers as trustee to manage and dispose of trust assets and conduct litigation. *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 464 (1980). Trustee is a national banking association with a principal place of business in Delaware. Trustee is therefore a citizen of Delaware for purposes of diversity jurisdiction. 28 U.S.C. § 1348.

**B.      The amount in controversy exceeds $75,000.**

7.      The amount in controversy exceeds $75,000 because plaintiffs seek declaratory relief over a $410,457.00 property. *Deutsche Bank Nat'l Tr. Co., as Trustee v. Grandberry*, 374 F. Supp. 3d 166, 169 (D. Mass. 2019).  Plaintiffs seek several declarations, all of which involve clouds against, and the defendants' interests in, real property they value at $589,000,000. *Id.* ¶¶ 37, 25. "In an action seeking declaratory relief, the amount in controversy is measured by the value of the object of the litigation." *Id.* As the object of the litigation is this real property exceeding the $75,000 threshold, the case meets the amount in controversy threshold.

8.    Alternatively, the court could consider the object of the litigation the mortgage the defendants intend to foreclose, which creates the duty of good faith upon which plaintiffs sue. *(See, e.g.* EX. 1, compl. ¶¶ 40 ("a mortgagee attempting to execute a power of sale contained in a mortgage must exercise good faith and use reasonable diligence") (quoting *Krassin v. Moskowitz*, 275 Mass. 80, 82, 175 N.E. 269, 269 (1931)) (quotation marks omitted).) When a plaintiff's "allegations in the complaint go to the essence of the validity of the mortgage and []right to foreclose, the face value of loan is the appropriate measure for the amount in controversy[.]" *Andrews v. HSBC Bank USA, N.A.*, 264 F. Supp. 3d 346, 348 (D. Mass. 2017). The mortgage here secures a $228,750.00 loan, again satisfying the amount in controversy requirement. (Ex. 5, mortg. at 1.)[2]

## REMOVAL REQUIREMENTS

9.    Defendants timely remove this action within thirty days of receiving the complaint. 28 U.S.C. § 1446(b); *Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999). They will notify the state court of the removal and file certified copies of all docket entries, records, and proceedings in the state court action within 28 days. L.Rs. 5.4(f) & 81.1(a).

10.    Defendants request the court exercise diversity jurisdiction over this matter.

*Signature page to follow*

---

[2] Shellpoint requests the court take judicial notice of Mr. Fustolo's mortgage, recorded on January 9, 2008, at book 42950, page 276, in the Suffolk County Registry of Deeds. *See* ex. 5.

Dated: April 23, 2025

Respectfully submitted,

Newrez LLC d/b/a Shellpoint Mortgage Servicing and
U.S. Bank Trust National Association, not in its
Individual Capacity but Solely as Owner Trustee for
VRMTG Asset Trust

By its attorneys,

*/s/Peter V. Guaetta*
Peter V. Guaetta, Esq.
BBO #554786
GUAETTA & BENSON, LLC
P.O. Box 519
Chelmsford, MA 01824
Tel: (978) 250-0999
Peter_guaetta@guaettalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, a true and correct copy of the foregoing was served as follows:

Joe D. Culik, Esq.
Dye Culik PC
1200 E. Morehead Street, Suite 260
Charlotte, NC 28204
**VIA CM/ECF, CERTIFIED MAIL
NO. 9589 0710 5270 2358 3200 80
AND REGULAR MAIL**

*/s/Peter V. Guaetta*
Peter V. Guaetta, Esq.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

| | | |
|---|---|---|
| **STEVEN C. FUSTOLO and STEVEN C. FUSTOLO, Trustee of the Salem Street Estate Planning Trust,,** | § § § § | |
| **Plaintiffs,** | § § | **Civil Action No.:** _____ |
| **v.** | § § | |
| **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and U.S. BANK TRUST NATIONAL ASSOCIATION, Not In Its Individual Capacity But Solely As Owner Trustee for VRMTG Asset Trust,** | § § § § § § § | |
| **Defendants.** | § § | |

## DEFENDANTS' REMOVAL NOTICE EXHIBIT INDEX

Plaintiffs' complaint .................................................................................................................1

Civil action cover sheet...........................................................................................................2

State court docket sheet ..........................................................................................................3

Case category form...................................................................................................................4

Mortgage…................................................................................................................................5