# EXHIBIT 3

# 2584CV01070 Fustolo, Steven C. et al vs. Newrez LLC et al

- Case Type:
- Contract / Business Cases
- Case Status:
- Open
- File Date
- 04/22/2025
- DCM Track:
- F - Fast Track
- Initiating Action:
- Sale or Lease of Real Estate
- Status Date:
- 04/22/2025
- Case Judge:

- Next Event:

All Information | Party | Tickler | Docket | Disposition

## Party Information

**Fustolo, Steven C.**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Culik, Esq., Joe D
- Bar Code
- 672665
- Address
- Dye Culik PC
  1200 E Morehead St Suite 260
  Charlotte, NC 28204
- Phone Number
- (980)999-3557

More Party Information

**Fustolo, Trustee, Steven C.**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Culik, Esq., Joe D
- Bar Code
- 672665
- Address
- Dye Culik PC
  1200 E Morehead St Suite 260
  Charlotte, NC 28204
- Phone Number
- (980)999-3557

More Party Information

**Newrez LLC**
- Defendant

Alias

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely as Owner Trustee for VRMTG Asset Trust**
- Defendant

Alias

**Party Attorney**

- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

**More Party Information**

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 04/22/2025 | 07/21/2025 | 90 | |
| Answer | 04/22/2025 | 08/20/2025 | 120 | |
| Rule 12/19/20 Served By | 04/22/2025 | 08/20/2025 | 120 | |
| Rule 12/19/20 Filed By | 04/22/2025 | 09/19/2025 | 150 | |
| Rule 12/19/20 Heard By | 04/22/2025 | 10/20/2025 | 181 | |
| Rule 15 Served By | 04/22/2025 | 08/20/2025 | 120 | |
| Rule 15 Filed By | 04/22/2025 | 09/19/2025 | 150 | |
| Rule 15 Heard By | 04/22/2025 | 10/20/2025 | 181 | |
| Discovery | 04/22/2025 | 02/17/2026 | 301 | |
| Rule 56 Served By | 04/22/2025 | 03/18/2026 | 330 | |
| Rule 56 Filed By | 04/22/2025 | 04/17/2026 | 360 | |
| Final Pre-Trial Conference | 04/22/2025 | 08/17/2026 | 482 | |
| Judgment | 04/22/2025 | 04/22/2027 | 730 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 04/22/2025 | Complaint electronically filed. | 1 | Image |
| 04/22/2025 | Civil action cover sheet filed. | 2 | Image |
| 04/22/2025 | Case assigned to:<br>DCM Track F - Fast Track was added on 04/22/2025 | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |