IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| STEVEN C. FUSTOLO and STEVEN C. FUSTOLO, Trustee of the Salem Street Estate Planning Trust, | § § § § | |
| Plaintiffs, | § § | Civil Action No.: |
| v. | § § | |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and U.S. BANK TRUST NATIONAL ASSOCIATION, Not In Its Individual Capacity But Solely As Owner Trustee for VRMTG Asset Trust, | § § § § § § § | |
| Defendants. | § § | |

## DEFENDANTS' CORPORATE DISCLOSURES

Newrez LLC d/b/a Shellpoint Mortgage Servicing and U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust provide the following corporate disclosure statement pursuant to rule 7.1:

Newrez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp. a Delaware corporation. Rithm Capital Corp., fka New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ. No publicly-traded company owns 10% or more of Rithm Capital Corp.'s stock.

U.S. Bank Trust National Association is a wholly-owned subsidiary of U.S. Bancorp, a Delaware corporation. U.S. Bancorp is publicly traded on the New York Stock Exchange under the ticker symbol USB. No publicly held corporation owns more than 10% of U.S. Bancorp's stock.

Dated: April 23, 2025

Respectfully submitted,

Newrez LLC d/b/a Shellpoint Mortgage Servicing and
U.S. Bank Trust National Association, not in its
Individual Capacity but Solely as Owner Trustee for
VRMTG Asset Trust

By its attorneys,

/s/Peter V. Guaetta
Peter V. Guaetta, Esq.
BBO #554786
GUAETTA & BENSON, LLC
P.O. Box 519
Chelmsford, MA 01824
Tel: (978) 250-0999
Peter_guaetta@guaettalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, a true and correct copy of the foregoing was served as follows:

Joe D. Culik, Esq.
Dye Culik PC
1200 E. Morehead Street, Suite 260
Charlotte, NC 28204
**VIA CM/ECF, CERTIFIED MAIL
NO. 9589 0710 5270 2358 3200 80
AND REGULAR MAIL**

/s/ Peter V. Guaetta
Peter V. Guaetta, Esq.

2